No. _____

# SEALED

**FILED**
Aug 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1:22-CR-00214-DAD-BAM

### THE UNITED STATES OF AMERICA
vs.

### TERRANCE JOHN COX,
aka T.J. Cox,

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1343 – Wire Fraud (10 Counts); 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering (11 Counts); 18 U.S.C. § 1343 – Wire Fraud Affecting a Financial Institution (5 Counts); 18 U.S.C. § 1344 – Financial Institution Fraud; 52 U.S.C. §§ 30122 and 30109 – Contributions in the Name of Another; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

/S/
_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* \_\_\_\_\_

_____
Clerk.

*Bail, $* \_\_ ISSUE NO BAIL WARRANT \_\_

*Sheila K. Oberto*    8/4/2022

GPO 863 525

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)  ☐ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: **Fresno, CA**

U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EDCA
**Fresno, CA**

**DEFENDANT -- U.S. vs.**
▶ TERRANCE JOHN COX, aka T.J. Cox

Address:

Birth Date: (Optional unless a juvenile)

☐ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**FBI / Special Agent Jeremy Crider**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on THIS FORM: **Sara Thomas**

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **Henry Z. Carbajal, III**

✓ ■ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ■ Has not been arrested, pending outcome of this proceeding
  If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
  If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ■ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Penalties: See Penalty Slip. Please Issue No Bail Warrant.

## United States v. Terrance John Cox
## Penalties for Indictment

### Defendant

TERRANCE JOHN COX

### COUNTS 1-3, 10-16:

VIOLATION:      18 U.S.C. Section 1343 – Wire Fraud

PENALTIES:      20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNTS 4-9 and 17-21:

VIOLATION:      18 U.S.C. Section 1956(a)(1)(B)(i) – Money Laundering

PENALTIES:      20 years in prison; or
Fine of up to $500,000 or twice the value of the property involved in the transaction; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNTS 22-26:

VIOLATION:      18 U.S.C. Section 1343 – Wire Fraud Affecting a Financial Institution

PENALTIES:      30 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

### COUNT 27:

VIOLATION:      18 U.S.C. Section 1344 – Financial Institution Fraud

PENALTIES:      30 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of up to 5 years

## COUNT 28:

VIOLATION:          52 U.S.C. Section 30122 and 30109

PENALTIES:          5 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:


PENALTIES:          As stated in the charging document