SEALED

PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Aug 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRANCE JOHN COX,<br>AKA T.J. COX,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00214-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

　　　The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 4, 2022, charging the above defendant with a violation of 18 U.S.C. § 1343 – Wire Fraud (10 Counts); 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering (11 Counts); 18 U.S.C. § 1343 – Wire Fraud Affecting a Financial Institution (5 Counts); 18 U.S.C. § 1344 – Financial Institution Fraud; 52 U.S.C. §§ 30122 and 30109 – Contributions in the Name of Another; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 28 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person

///

Motion to Seal Indictment　　　　　　　　1

shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: August 4, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By  /s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 4, 2022

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge