PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:22-CR-00214 DAD-BAM |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO UNSEAL INDICTMENT |
| TERRANCE JOHN COX, aka T.J. Cox, | ) |
| Defendant. | ) |

The United States of America hereby applies to this Court for an order unsealing the indictment in this case previously sealed by the Court on August 4, 2022. As the defendant is now in custody in connection with the above-captioned case, the government submits that the indictment no longer needs to remain sealed.

Accordingly, the United States requests that the indictment be unsealed and made public record.

DATED: August 16, 2022          PHILLIP A. TALBERT
                                United States Attorney

                           By: /s/Henry Z. Carbajal III
                               HENRY Z. CARBAJAL III
                               Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRANCE JOHN COX,<br>aka T.J. Cox,<br><br>　　　　　　Defendant. | CASE NO. 1:22-CR-00214 DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

The indictment in this case having been sealed by order of this Court on August 4, 2022, and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: 8/15/2022

　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1