AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**
**FILED**
**UNSEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

AUG 16 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

USMS FRESNO RCVD

AUG 5 2022 AM 9:34

| | |
|---|---|
| United States of America<br>v.<br>TERRANCE JOHN COX,<br>aka T.J. Cox<br><br>_Defendant_ | Case No. 1:22-CR-00214-DAD-BAM |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     TERRANCE JOHN COX, aka T.J. Cox,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 – Wire Fraud (10 Counts);
18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering (11 Counts);
18 U.S.C. § 1343 – Wire Fraud Affecting a Financial Institution (5 Counts);
18 U.S.C. § 1344 – Financial Institution Fraud;
52 U.S.C. §§ 30122 and 30109 – Contributions in the Name of Another;
18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 28 U.S.C. § 2461(c) -Criminal Forfeiture.

Date: __08/04/2022__

_Sheila K. Oberto_
_Issuing officer's signature_

City and state:  Fresno, CA

Sheila K. Oberto, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/4/22, and the person was arrested on _(date)_ 8/16/22
at _(city and state)_  Fresno, CA.

Date: 8/16/22

_Aguirre for FBI_
_Arresting officer's signature_

F. Aguirre, I/A
_Printed name and title_