(SPACE BELOW FOR FILING STAMP ONLY)

1

2

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2344 TULARE STREET, SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

3

4

5

ATTORNEYS FOR Defendant,
           TERRANCE JOHN COX

6

7

8              UNITED STATES DISTRICT COUNT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No: **1:22-cr-00214-ADA-BAM**

12              Plaintiffs,

13        v.                                **STIPULATION AND ORDER**
                                            **MODIFYING DEFENDANT'S**
                                            **CONDITIONS OF PRETRIAL RELEASE**
14   TERRANCE JOHN COX,

15              Defendants.

16

17        It is hereby stipulated and agreed to by the parties hereto that Defendant, TERRANCE

18   JOHN COX's conditions of release be modified to require him to participate in mental health

19   counseling as directed by Pretrial Services.

20        Mr. Cox was placed on pretrial release on August 16, 2022, subject to various pretrial

21   conditions.  Since his release from custody, he has been in continued contact with his pretrial

22   services officer, and has done everything asked of him.

23

24        Counsel for Defendant has corresponded with both Assistant U.S. Attorney, Henry

25   Carbajal, and Mr. Cox's Pretrial Services officer, Ryan Beckwith, both of whom who requested

26   Mr. Cox's conditions of release be modified to require him to participate in mental health

27   counseling as directed by Pretrial Services.

28

1    Dated: August 31, 2022.                     Respectfully submitted,

2                                                LAW OFFICE OF MARK W. COLEMAN

3                                                /s/ Mark W. Coleman

4                                                _____
                                                 MARK W. COLEMAN
5                                                Attorney for Defendant
                                                 TERRANCE JOHN COX
6
     Dated: August 31, 2022.                     UNITED STATES ATTORNEY'S OFFICE
7

8                                                /s/ Jeffrey Spivak

9                                                _____
                                                 JEFFREY SPIVAK
10                                               Assistant United States Attorney

11

12                                    **O R D E R**

13         **IT IS HEREBY ORDERED** that Defendant, TERRANCE JOHN COX's, conditions of

14   pretrial release be modified as follows: *"You must participate in a program of medical or*

15   *psychiatric treatment, as approved by the pretrial services officer. You must pay all or part of the*

16   *costs of the counseling services based upon your ability to pay, as determined by the pretrial*

17   *services officer"*

18

19   IT IS SO ORDERED.

20        Dated:   **August 31, 2022**            /s/ *Barbara A. McAuliffe*
                                                  _____
21                                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28
                                             2