1  PHILLIP A. TALBERT
   United States Attorney
2  HENRY Z. CARBAJAL III
   JEFFREY A. SPIVAK
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,      | CASE NO. 1:22-CR-00214-ADA-BAM |
|                                    |                                 |
13 |                    Plaintiff,    | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
|           v.                        |                                 |
14 | TERRANCE JOHN COX,               | DATE: January 11, 2023          |
15 |                    Defendant.    | TIME: 1:00 p.m.                 |
|                                    | COURT: Hon. Barbara A. McAuliffe |

16

17   This case is set for status conference on January 11, 2023. As set forth below, the parties now

18 move, by stipulation, to continue the status conference to April 12, 2023, and to exclude the time period

19 between January 11, 2023 and April 12, 2023 under the Speedy Trial Act.

20                              **STIPULATION**

21   Plaintiff United States of America, by and through its counsel of record, and defendant, by and

22 through defendant's counsel of record, hereby stipulate as follows:

23       1.   By previous order, this matter was set for status on January 11, 2023.

24       2.   By this stipulation, defendant now moves to continue the status conference until April 12,

25 2023, and to exclude time between January 11, 2023, and April 12, 2023, under 18 U.S.C.§

26 3161(h)(7)(A), (B)(ii), B(iv) [Local Codes T2 and T4].

27       3.   The parties agree and stipulate, and request that the Court find the following:

28           a)   The government has represented that the discovery associated with this case is

STIPULATION REGARDING EXCLUDABLE TIME             1
PERIODS UNDER SPEEDY TRIAL ACT

voluminous and includes large amounts of digital forensic evidence, several hundreds of thousands of pages of financial records and reports, evidence obtained by search warrant, and extensive other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government has also copied digital evidence onto a hard drive provided by the defense, and produced that material to the defense.

      b)     Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct further investigation and research related to the charges, to receive and continue to review voluminous discovery including any supplemental discovery, to discuss potential resolution with government counsel, and to evaluate potential pretrial motions. Additionally, defense will be in a state court trial in late January that is anticipated to last several weeks.  Thus, a continuance of the status conference is necessary for continuity of counsel and to facilitate defense investigation and preparation.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2023 to April 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), B(iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 4, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

Dated: January 4, 2023

/s/ MARK W. COLEMAN
MARK W. COLEMAN
Counsel for Defendant
Terrance John Cox

## ORDER

IT IS SO ORDERED that the status conference is continued from January 11, 2023, to **April 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), B(iv).

IT IS SO ORDERED.

Dated:   **January 4, 2023**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE