PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE JOHN COX,<br><br>Defendant. | CASE NO. 1:22-cr-00214-NODJ-BAM<br><br>STIPULATION TO RESET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>Date:  August 26, 2024<br>Time: 9:00 a.m.<br>Judge: TBD<br>Courtroom No. 5 |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on July 29, 2024 at 9:30 a.m.

2. By this stipulation, the parties now move to continue and reset the matter for change of plea before the Court for **August 26, 2024, at 9:00 a.m.**, and to exclude time between the date of this stipulation and August 26, 2024 under 3161(h)(7)(A), (B)(ii), B(iv) [Local Codes T2 and T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Court set a deadline for July 22, 2024 to submit final plea documents. However,

1

defense recently returned to the office from travel and will be out for a medical procedure on the day the plea documents are due. The parties would thus need a short amount of additional time to finalize plea documents for the Court's consideration. As defense is not available on August 12, 2024 to attend a docket in Sacramento, the earliest convenient date for a reset change of plea hearing is August 26, 2024. Thus, the parties request that the current change of plea hearing be continued and reset to August 26, 2024, at 9:30 a.m.

      b.      By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including July 29, 2024. The parties also request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including August 26, 2024, to allow defendant to continue to consult with counsel, and to prepare for and attend a change of plea hearing, and for the Court's consideration of forthcoming plea documents.

      c.      Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to, agrees to, and jointly requests the continuance/time exclusion.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to August 26, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 22, 2024                                By: /s/Mark W. Coleman
                                                    MARK W. COLEMAN
                                                    Attorney for Defendant
                                                    TERRANCE JOHN COX


DATED: July 22, 2024
                                                    /s/ Henry Z. Carbajal III
                                                    HENRY Z. CARBAJAL III
                                                    Assistant United States Attorney


## ORDER

IT IS SO ORDERED that the change of plea hearing is continued from July 29, 2024, to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **July 22, 2024**                          /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

3