PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRANCE JOHN COX, <br><br> Defendant. | CASE NO. 1:22-CR-00214-NODJ-BAM <br><br> JOINT STATUS REPORT <br><br> DATE: December 11, 2024 <br> TIME: 1:00 p.m. |

**JOINT STATUS REPORT**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby jointly report as follows:

1. By previous order, this matter was set for status conference on December 11, 2024 at 1:00 p.m.

2. The parties agree that an in-person December 11, 2024 status conference is necessary, as it is anticipated that there will be either a mutually agreeable trial date selected or the parties will file an executed plea agreement in advance of the status conference and will ask that a change of plea hearing be set accordingly.

///

1

Respectfully submitted,

DATED: December 4, 2024

/s/Mark W. Coleman
MARK W. COLEMAN
Counsel for Defendant
TERRANCE JOHN COX

DATED: December 4, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney