| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | HENRY Z. CARBAJAL III |
| | JEFFREY A. SPIVAK |
| 3 | Assistant United States Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00214 NODJ-BAM |
| Plaintiff, | STIPULATION TO RESET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| TERRANCE JOHN COX, | Date: January 21, 2025 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |
| | Courtroom No. 5 |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 21, 2025 at 9:30 a.m.

2. By this stipulation, the parties now move to continue and reset the matter for change of plea before the Court for **February 3, 2025, at 9:30 a.m.**, and to exclude time between the date of this stipulation and **February 3, 2025** under 3161(h)(7)(A), (B)(ii), B(iv) [Local Codes T2 and T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. On January 15, 2025, the parties were made aware that the January 21, 2025 change

1

of plea hearing will be reset to February 3, 2025. The parties request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including February 3, 2025, to allow defendant to continue to consult with counsel, and to prepare for and attend a change of plea hearing, and for the Court's consideration of forthcoming plea documents.

      c.    Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.    The government does not object to, agrees to, and jointly requests the continuance/time exclusion.

      e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) [Local Codes T2 and T4] because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 17, 2025                                By: /s/Mark W. Coleman
                                                                         MARK W. COLEMAN
                                                                         Attorney for Defendant
                                                                         TERRANCE JOHN COX

DATED: January 17, 2025

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

## O R D E R

IT IS SO FOUND AND ORDERED. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) [Local Codes T2 and T4] because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: January 17, 2025

_____
Troy L. Nunley
Chief United States District Judge