(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
    TERRANCE JOHN COX

**UNITED STATES DISTRICT COUNT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: **1:22-cr-00214-NODJ-BAM** |
| Plaintiffs, | |
| v. | **AMENDED STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT** |
| TERRANCE JOHN COX, | |
| Defendants. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers, residential addresses, social security numbers and other confidential information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant TERRANCE JOHN COX, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has <u>not</u> been redacted for the purposes of preparing for Sentencing.  Defendant agrees to not disseminate, verbally, physically or in writing, any information contained within the documents, other than to his attorney **<u>and others directly engaged by and working on his attorney's behalf (to include defense investigators, experts, and support staff).</u>**

4. To the extent possible, to alleviate the time burden associated with defense counsel redacting Protected Information to give defendant copies of discovery documents, the government will endeavor to identify categories of documents and/or Bates ranges of produced discovery documents that may be provided to the defendant for temporary review without redaction.

5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising the Defendant, employees, and other

members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: February 18, 2025.                    Respectfully submitted,

                                                LAW OFFICE OF MARK W. COLEMAN

                                                /s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant
TERRANCE JOHN COX

Dated: February 18, 2025.                    UNITED STATES ATTORNEY'S OFFICE

                                                /s/ Jeffrey Spivak

JEFFREY SPIVAK
Assistant United States Attorney

**O R D E R**

The amended stipulated protective order, modifying Doc. 15, is hereby approved.

IT IS SO ORDERED.

Dated:   **February 18, 2025**            /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE