(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
            TERRANCE JOHN COX

## UNITED STATES DISTRICT COUNT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TERRANCE JOHN COX,<br><br>Defendants. | Case No: **1:22-cr-00214-NODJ-BAM**<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:   June 2, 2025<br>Time:  8:30 a.m.<br>Judge: NODJ |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for June 2, 2025, at 8:30 a.m., be continued to September 8, 2025, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel and Defendant to prepare for sentencing. Specifically, counsel and Defendant must review numerous terabytes of discovery in preparation of Sentencing with respect to the loss alleged by the Government. Said discovery was previously subject to a protective order.

1

Additionally, counsel is out of the office for three weeks in March, and is scheduled to begin a murder trial in Fresno County Court on April 21, 2025.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jeffrey Spivak, who has no objection to this continuance.

| | |
|---|---|
| Dated: March 3, 2025. | Respectfully Submitted, |
| | LAW OFFICE OF MARK W. COLEMAN |
| | /s/ MARK W. COLEMAN |
| | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: March 3, 2025. | UNITED STATES ATTORNEY'S OFFICE |
| | /s/ Jeffrey Spivak |
| | JEFFREY SPIVAK<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from June 2, 2025, to **September 8, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. IT IS SO ORDERED.

Dated: **March 3, 2025**         /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE