(SPACE BELOW FOR FILING STAMP ONLY)

1 **MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2 2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
3 PHONE (559) 552-8800
FAX (559) 475-9328
4 mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
     TERRANCE JOHN COX

# UNITED STATES DISTRICT COUNT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TERRANCE JOHN COX,<br><br>Defendants. | Case No: **1:22-cr-00214-DAD-BAM**<br><br>**AMENDED STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  September 8, 2025<br>Time: 10:00 am<br>Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for September 8, 2025, at 10:00 a.m., be continued to October 20, 2025, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that additional time is needed for probation to complete the Final Presentence Investigation Report and for the parties to prepare for sentencing.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jeffrey Spivak, who has no objection to this continuance.

///

1

| | |
|---|---|
| Dated: August 29, 2025. | Respectfully Submitted, |
| | LAW OFFICE OF MARK W. COLEMAN |
| | /s/ MARK W. COLEMAN |
| | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: August 29, 2025. | UNITED STATES ATTORNEY'S OFFICE |
| | /s/ Jeffrey Spivak |
| | JEFFREY SPIVAK<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Sentencing currently scheduled on September 8, 2025, is continued to October 20, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd in Fresno.

IT IS SO ORDERED.

Dated: **August 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2