(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
    TERRANCE JOHN COX

# UNITED STATES DISTRICT COUNT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TERRANCE JOHN COX,<br><br>Defendants. | Case No: **1:22-cr-00214-DAD-BAM**<br><br>**APPLICATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:   October 20, 2025<br>Time:  10:00 am<br>Judge: Dale A. Drozd |

　　　Defendant, Terrance John Cox, through his counsel, Mark W. Coleman, of the Law Office of Mark W. Coleman, hereby applies to this court for a continuance of the Sentencing hearing currently on calendar for October 20, 2025, at 10:00 a.m., be continued to December 15, 2025, or as soon thereafter as is convenient to the court's calendar.

　　　This continuance is requested by counsel for Defendant because counsel has a previously scheduled vacation from October 3, 2025, through October 9, 2025, during which time the formal objections in this case are due. Additionally, this case involves hundreds of thousands of pages of financial records and millions in alleged losses, which are disputed by defendant. For this reason, counsel needs additional time to review the final probation report with defendant, review the discovery, and prepare formal objections and a sentencing memorandum.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Jeffrey Spivak, who has advised he is not taking a position on the request. Probation Officer, Megan Pascual, is agreeable to the request.

Dated: October 3, 2025.                    Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant

\* \* \* \* \* \* \* \* \* \*

**ORDER**

At the request of the defense and good cause appearing, the sentencing hearing currently scheduled on October 20, 2025, at 10:00 a.m. is continued to **December 15, 2025, at 10:00 a.m**. in Fresno.

IT IS SO ORDERED.

Dated:   **October 3, 2025**                    _Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE